

FILED

January 10, 2012

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0004002615

**Attorney Debt Reset, Inc.**
Jeremy G. Winter, SBN 245631
Justin K. Kuney. SBN 249283
1300 Ethan Way, Ste. 125
Sacramento, CA 95825
Telephone: 916-446-1791
Facsimile: 916-446-1742

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

In re:

Michael Jeffrey Richwine and,

Mary Elizabeth Richwine

        Debtors.

Case No.: 2011-39917
DCN: ADR-001
Chapter 7

**DEBTORS' MOTION TO COMPEL TRUSTEE TO ABANDON CERTAIN ASSETS OF THE BANKRUPTCY ESTATE AND FOR AUTHORITY TO SELL CERTAIN REAL PROPERTIES**

Date:    January 25th, 2012
Time:    10:00 AM
Place:   501 I St., 6th Fl
       Courtroom 34,
       Sacramento, CA 95814

Judge:  Hon. Robert S. Bardwil

**DEBTOR'S MOTION TO COMPEL TRUSTEE TO ABANDON CERTAIN ASSETS OF THE BANKRUPTCY ESTATE AND FOR AUTHORITY TO SELL CERTAIN REAL PROPERTIES**

## INTRODUCTION

Debtors hereby move the Court pursuant to 11 U.S.C. §554(b) for an Order compelling the Trustee to abandon certain

assets of the bankruptcy estate on the basis that said properties have inconsequential value and benefit to the estate. Namely the debtors wish to abandon the following assets: Single Family Residence located at 9140 Moondancer Circle, Roseville, CA 95747, Investment Property located at 984 Wind Flower Road, Beaumont, CA 92223, and their membership interests in the LLC Upstream Properties. Further, the debtors pray for an order authorizing them to sell certain real properties described in this motion.

## STATEMENT OF FACTS

1.  Debtors filed their chapter 7 bankruptcy petition, in good faith, on or around August 15, 2011.

2.  Debtors received their bankruptcy discharge on or around November 21, 2011.

3.  Despite the debtors discharge, their bankruptcy estate remains open as the Trustee attempts to administer certain un-exempt assets.

4.  The debtors wish to short sell certain real estate properties which are currently property of the bankruptcy estate.

5.  Specifically the debtors wish to sell the following properties: Single Family Residence located at 9140 Moondancer Circle, Roseville, CA 95747 ("Moondancer"), Investment Property located at 984 Wind Flower Road,

Beaumont, CA 92223, ("Wind Flower"), Investment
Property located at 1795 Trail Creek Way, Reno NV 89532
("Trail Creek"), and Investment Property located at
Waipouli Beach Resort, 4-820 Kuhoi Hgwy. Unit G205,
Kapau, Kauai, HI, ("Waipouli").

6.  The Moondancer property is believed to be valued at or
around $275,900 and is encumbered by the following
debts: 1st Deed of Trust held by Wells Fargo Home
Mortgage in the approximate amount of $260,000, and a
2nd Deed of Trust held by Bank of America in the
approximate amount of $156,011.

7.  The Wind Flower property is believed to be valued at or
around $142,700, and is encumbered by the following
debts: 1st Deed of Trust held by Wells Fargo Bank in
the approximate amount of $222,270.

8.  The Trail Creek and Waipouli properties are owned by
the LLC:  Upstream Properties, of which the Debtors
possess a limited membership interest, (approximately
1/6).

9.  The only other asset of the this LLC, other than the
aforementioned properties, is a bank account that had
an approximate balance of $3512.00 on the Chapter 7
petition filing date.

10. It is believed that the total value of assets of the LLC is no more than $652,812 and the total liabilities of said LLC are approximately $820,415.

## **REQUEST FOR RELIEF AND ARGUMENT**

11 U.S.C. §554(b) provides as follows:

> ON request of a party in interest after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value or benefit to the estate.

The Debtors wish to have abandoned from the bankruptcy estate the Moondancer, and Wind Flower properties, as well as their membership interests in the LLC, Upstream Properties, so they may attempt to short sell these properties. Both the Moondancer and Wind Flower properties are underwater and possess no equity. Further, the debtors limited membership interest in the LLC, Upstream Properties, possesses no monetary value because the liabilities of the LLC greatly exceed the assets of the LLC.

Thus, because there is no equity or value to the above described properties, there is no value to the bankruptcy estate. Therefore, this court should order these assets abandoned from the bankruptcy estate, pursuant to 11 U.S.C §554(b) as: 1) The debtors are an interested party making this

request for abandonment, 2) There is no value in these assets to the bankruptcy estate, & 3) Any party asserting otherwise will have an opportunity to present their opposition at the hearing.

WHEREFORE, the Debtors pray for the following order:

1. The properties located at 9140 Moondancer Circle, Roseville, CA 95747, and 984 Wind Flower Road, Beaumont, CA 92223 be abandoned from the bankruptcy estate.

2. The debtors membership interests in the LLC Upstream Properties be abandoned from the bankruptcy estate.

3. For an order authorizing the debtors to sell the following properties:

    a. 9140 Moondancer Circle, Roseville, CA 95747,

    b. 984 Wind Flower Road, Beaumont, CA 92223

    c. 1795 Trail Creek Way, Reno NV 89532

    d. Waipouli Beach Resort, 4-820 Kuhoi Hgwy. Unit G205, Kapau, Kauai, HI

Date: _____January 6, 2012_____

/s/ Jeremy G. Winter

Jeremy G. Winter

Attorney for Debtors